Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00234-CV

____________

 

BENCO SYSTEMS, INC., Appellant

 

V.

 

RENE GARCIA D/B/A/ R.G. ELECTRICAL
SERVICES, Appellee

 



 

On Appeal from the 412th District Court

Brazoria County,
Texas

Trial Court Cause No. 27273

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 19, 2006.  On June 13, 2007,
appellant filed a motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Anderson, Fowler, and Frost.